BENJAMIN B. WAGNER
United States Attorney
OLUSERE OLOWOYEYE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0117 GEB |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| JAIME RANGEL, | DATE: October 18, 2013<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 18, 2013.

2. By this stipulation, defendant now moves to continue the status conference until November 8, 2013, and to exclude time between October 18, 2013, and November 8, 2013, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes 119 bate-stamped pages and 11 CD/DVDs containing audio/video recordings of controlled substance transactions. This entire discovery has been either produced directly to counsel and/or made available for inspection and copying.

STIPULATION AND [PROPOSED] ORDER
REGARDING EXCLUDABLE TIME PERIOD

1

1          b)        Counsel for defendant desires additional time to consult with his client, to review the current charges, to conduct investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with his client, to prepare pretrial motions and to otherwise prepare for trial.

        c)        Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)        The government does not object to the continuance.

        e)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 18, 2013 to November 8, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

//
//
//
//
//
//
//
//
//
//
//

STIPULATION AND [PROPOSED] ORDER
REGARDING EXCLUDABLE TIME PERIOD

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 16, 2013

BENJAMIN B. WAGNER
United States Attorney

/s/ OLUSERE OLOWOYEYE
OLUSERE OLOWOYEYE
Assistant United States Attorney

Dated: October 16, 2013

/s/ OLUSERE OLOWOYEYE for WILLIAM BONHAM
OLUSERE OLOWOYEYE for WILLIAM BONHAM
Counsel for Defendant

IT IS SO FOUND AND ORDERED.

Dated: October 17, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge